# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**ARTHUR MANGRUM**                                                                                 **PLAINTIFF**

**VS.**                                            **CAUSE NO.: 3:18-cv-747-CWR-FKB**

**NATIONAL RAILROAD PASSENGER
CORPORATION, ILLINOIS CENTRAL
RAILROAD COMPANY, OMS TRUCKING
COMPANY, DANILO SABILLON, THE
ESTATE OF OMAR SABILLON (DECEASED),
JAMES THOMAS, EGYPT PLANTING
COMPANY, II AND COTTON PARTNERS, LLC**              **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court on the *ore tenus* Motion of the Plaintiff, Arthur Mangrum, and the Defendants, OMS Trucking Company, Danilo Sabillon, and The Estate of Omar Sabillon (Deceased), to dismiss this cause of action as to OMS Trucking Company, Danilo Sabillon, and The Estate of Omar Sabillon (Deceased), and the Court, being fully advised of the premises and finding this matter has been amicably resolved as between the Plaintiff and OMS Trucking Company, Danilo Sabillon, and The Estate of Omar Sabillon (Deceased), finds that said Motion is well taken and should be granted. It is, therefore,

**ORDERED AND ADJUDGED** that this cause of action be, and the same is, hereby dismissed with prejudice as to Defendants, OMS Trucking Company, Danilo Sabillon, and The Estate of Omar Sabillon (Deceased), with each party to bear its own costs, fully reserving Plaintiff's claims as to all other responsible parties.

**SO ORDERED**, this the 6th day of January, 2020.

                                                                          s/ Carlton W. Reeves
                                                                          UNITED STATES DISTRICT JUDGE